# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: HP Tuners, LLC v. HUSSEY, et al.

Case Number: 1:18-cv-2070

An appearance is hereby filed by the undersigned as attorney for:

HP Tuners, LLC

Attorney name (type or print): Andrew P. Bleiman

Firm: Marks & Klein, LLP

Street address: 1363 Shermer Road, Suite 318

City/State/Zip: Northbrook, Illinois 60062

Bar ID Number: 6255640
(See item 3 in instructions)

Telephone Number: 312-206-5162

Email Address: andrew@marksklein.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

✔ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/21/2018

Attorney signature: S/ Andrew P. Bleiman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015