## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

HP Tuners LLC

                        Plaintiff,

v.                                                Case No.: 1:18−cv−02070
                                                Honorable Marvin E. Aspen

Matthew Hussey, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 28, 2018:

      MINUTE entry before the Honorable Marvin E. Aspen: By agreement and request of the parties, the status hearing set for 8/28/2018 is stricken and reset to 9/27/2018 at 10:30 a.m. for parties to finalize the settlement agreement. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.